IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00343-CMA-KLM

MID-CONTINIENT CASUALTY COMPANY,

    Plaintiff,

v.

BVPC, LLC, f/k/a Bear Valley Park Condominiums, LLC,
HANS NIELSEN, INC.,
NANNA NIELSEN SMITH,
N.J. ORR CONSTRUCTION COMPANY, LLC,
   a/k/a ORR CONSTRUCTION,
NATHANIEL J. ORR,
BEAR VALLEY PARK CONDOMINIUMS ASSOCIATION, INC., and
PAHL ARCHITECTURE, P.C., f/k/a Pahl-Pahl-Pahl, Inc.

    Defendants.

## ORDER STAYING CASE

The Court, having reviewed Plaintiff Mid-Continent's Motion for Order Staying Case Pending Settlement or Judgment of Underlying Related State Court Action (Doc. # 11), hereby Orders:

    1.    That all proceedings in this lawsuit shall be stayed, effective as of the date of this Order, pending further order of this Court.

    2.    The Scheduling Conference set before Magistrate Judge Mix on June 14, 2010 at 10:30 a.m. is hereby VACATED.

3. That Plaintiff Mid-Continent Casualty Company shall submit a written status report within sixty (60) days of this Order to inform the Court of the status of the underling state court action and whether this stay can be lifted, and if not, what issues or matters prevent the stay from being lifted.

DATED: May __05__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge